AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of a black backpack located at 4504 North Country Club Drive, Scottsdale, AZ 85256. | Case No. 22-3219MB <br><br> (Filed Under Seal) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-2.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-2.**

**YOU ARE COMMANDED** to execute this warrant on or before ___7-1-22___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6-17-22 @ 5:10 p.m.       *M Morrissey*
                                                   *Judge's signature*

City and state: <u>Phoenix, Arizona</u>     <u>Honorable Michael T. Morrissey, U.S. Magistrate Judge</u>
                                            *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| #22-3219MB | 06/17/2022 AT ABOUT 1803 HRS | ON A TABLE INSIDE THE RESIDENCE KNOWN AS 4504 N. COUNTRY CLUB DR. SCOTTSDALE, AZ 85256 |

Inventory Made in the Presence of:

DETECTIVE DARIUSZ GRUNA, ALONG WITH OFFICERS/DETECTIVES OF THE SALT RIVER POLICE DEPARTMENT (SRPD), CRIME SCENE SPECIALIST RACHELLE MARQUEZ AND FBI SPECIAL AGENTS.

Inventory of the property taken and name of any person(s) seized:

PLEASE REFER TO ATTACHED SRPD SEARCH LOGS.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/24/2022

Executing officer's signature

DARIUSZ GRUNA #270, DETECTIVE
Printed name and title



SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY
POLICE DEPARTMENT

## SEARCH LOG

DATE: 6/17/2022
CASE NO. 2022-24609
WARRANT # 22-3220 MB
OFFICER 22-3219 MB

---

ITEM # 1A
TIME: 1815
LOCATION: ON BED - GARAGE/DRIVEWAY RWM
DESCRIPTION: BLACK OGIO BACKPACK

COMMENTS:

---

ITEM # 2A
TIME: 1816
LOCATION: IN BACKPACK - GARAGE/DRIVEWAY RWM
DESCRIPTION: 10 T 380 AUTO LIVE ROUND

COMMENTS:

---

ITEM # 3A
TIME: 1817
LOCATION: ON BED - GARAGE/DRIVEWAY RWM
DESCRIPTION: GO 2 BANK VISA DEBIT FOR JARROD JACKSON

COMMENTS:

---

ITEM # 4A
TIME: 1819
LOCATION: GARAGE/DRIVEWAY RWM N. WALL
DESCRIPTION: LIBMAN BROOM W/ GREEN HANDLE

COMMENTS:

---

ITEM # 5A
TIME: 1820
LOCATION: ON BED - GARAGE/DRIVEWAY RWM N
DESCRIPTION: PLASTIC CASE W/ 2 WHITE ROCKS

COMMENTS:

SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY
POLICE DEPARTMENT

# SEARCH LOG

DATE 06/17/22
CASE NO. 2022-24609
WARRANT # 22-3220MB
OFFICER 22-3219MB

ITEM # 10A
TIME: 1847
LOCATION: GARAGE N. WALL ROOM
DESCRIPTION: DRYWALL W/ BULLET DEFECT
COMMENTS:

ITEM # 7A
TIME: 1919
LOCATION: EXTERIOR YARD
DESCRIPTION: PHOTOGRAPHS
COMMENTS:

ITEM # 8A
TIME: 1921
LOCATION: EXTERIOR YARD
DESCRIPTION: LETTER
COMMENTS:

ITEM # 9A
TIME: 1922
LOCATION: EXTERIOR YARD
DESCRIPTION: SIM CARD
COMMENTS:

ITEM #
TIME:
LOCATION:
DESCRIPTION:
COMMENTS:

SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY
POLICE DEPARTMENT

## SEARCH LOG

DATE  06/17/2022
CASE NO. 2022-24609
WARRANT # 22-3220MB
OFFICER  22-3219 MB

---

ITEM # B1
TIME: 1806
LOCATION: Room A
DESCRIPTION: ① TAN TAVOR-X95 S/N-45851044 ② BLK CZ BREN 2M₂ S/N- F165569 W/EOTECH, ③ SHARPS BROS BLK CAL 7.62X39 S/N-T01214,
COMMENTS: ④ ANGSTADT ARMS BLK S/N-AA0979770,

---

ITEM # B2
TIME:
LOCATION: Room A
DESCRIPTION: 1 BLK EXTENDED MAG 9mm (30 ROUND CAPACITY), 2 BLK MAGAZINE FOR 9MM, 3 BLK RIFLE MAGAZINES - ONE LOADED - EXTENDED CAPACITY (60)
COMMENTS: BOX OF 9mm S&B - LUGER 50,

---

ITEM # B3
TIME:
LOCATION: Room A
DESCRIPTION: BLK BOX W/2 GUNS ⑤ 9mm SIG P320 W/RED DOT ATTACHED S/N 285702K? ⑥ TAN SIG 9mm P320 S/N 2141 09 C22, BERETTA BRONZE S/N BST07617 W/2
COMMENTS: EMPTY MAGS & EXTRA GRIP, ⑦ TAN 9MM SIG W/ATTACHED LIGHT S/N M17A050913 W/3 MAGS-ONE LOADED

---

ITEM # B4
TIME:
LOCATION: Room A
DESCRIPTION: ⑧ 12 GAUGE SHOTGUN S/N 52H21PT018698, ⑨ AR15 BLK S/N CR812744 & ONE EMPTY MAG, ⑩ DANIEL DEFENSE 5.56 S/N: DDM4858968, 1 MAG
COMMENTS: ⑪ ZASTAVA 7.26 X 39MM S/N: Z70113906

---

ITEM # B5
TIME:
LOCATION: Room A
DESCRIPTION: 1 GRAY PLASTIC SIG BOX, 6-BOXES OF .35 CAL AMMO HORNADY ~~CONTENT 80~~, 3-BOXES OF 12 GAUGE SHOTSHELLS
COMMENTS:



**SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY**
**POLICE DEPARTMENT**

## SEARCH LOG

DATE 06/17/22
CASE NO. 22-24609
WARRANT # 22-3220 MB
OFFICER 22-3219 MB

---

ITEM # B6
TIME:
LOCATION: ROOM A
DESCRIPTION: GRAY BACKPACK W/LIVE AMMO AND 4-RIFLE MAGS, 1-DRUM MAGAZINE, 1-LOADED 9MM MAG
COMMENTS:

---

ITEM #
TIME:
LOCATION:
DESCRIPTION:

COMMENTS:

---

ITEM #
TIME:
LOCATION:
DESCRIPTION:

COMMENTS:

---

ITEM #
TIME:
LOCATION:
DESCRIPTION:

COMMENTS:

---

ITEM #
TIME:
LOCATION:
DESCRIPTION:

COMMENTS: